

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-77,494-06

### IN RE RAMIRO CANALES, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 2003-CR-4961; 2003-CR-4962; 2003-CR-8895
### IN THE 144TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 144th District Court of Bexar County, more than 35 days have elapsed, and the application has not yet been forwarded to this Court.

Respondent, the Judge of the 144th District Court of Bexar County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may enter an order designating issues, resolve the issues therein, and then have the District Clerk submit the record on such application. In either case, Respondent's answer

shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: August 21, 2019
Do not publish